UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of<br><br><br>One Parcel of Property located at 1908 River Bluff Dr., Brandon, Minnehaha County, South Dakota, with all appurtenances, fixtures, attachments, and improvements thereon,<br><br>Personal Property Described as:<br>One LG 50" plasma TV; One Bulova G0953 grandfather clock; one game table; one Providence 8' pool table with cover and floor rack; appliances including one LG French door refrigerator; one Bosch double oven; one Bosch dishwasher,  one GE microwave, one Bosch 5-burner gas cook-top stove; and fixtures, including but not limited to surround sound, including speakers and keyboard; draperies, fabric, lining, rods, window treatments, blinds; and alarm system;<br><br>Wells Fargo Bank Account #XXXXXX3385, in the name of Christopher J. Reisch;<br><br>Great Western Bank Account #XXXXXX4070, in the name of Christopher J. Reisch;<br><br>Great Western Bank Account #XXXXXX7555, in the name of Mike J. Reisch and/or Luverne Sports;<br><br>2007 Gold Yukon Denali, VIN 1GKFK63887J290988, bearing SD License 1WC 518;<br><br>Certified Mail #70081300 0001 9567 5859 containing $420 in cash; | CIV. No. 09-4107<br><br><br><br><br>**ANSWER OF CLAIMANT<br>KATHRYN REISCH** |

Certified Mail #7008 2810 0001 7199 6571 containing $890 in cash;

Certified Mail #7008 2810 0001 7199 6564 containing $410 in cash;

Certified Mail #7008 1300 0001 9567 5880 containing $550 in cash;

Certified Mail #7008 1300 0001 9567 5873 containing $295 in cash;

Certified Mail #7008 1300 001 9567 6115 containing $800 in cash;

Certified Mail #7008 2810 0001 7199 6540 containing $1000 in cash;

Certified Mail #7007 1490 0001 6468 7473 containing $400 in cash;

Certified Mail #7007 1490 0001 6468 7480 containing $1000 in cash;

Certified Mail #7008 2810 0001 7199 6557 containing $900 in cash;

Certified Mail #7008 1300 0001 9567 5866 containing $2200 in cash;

Certified Mail #7008 2810 0001 7199 6533 containing $2000 in cash;

Certified Mail #7008 1300 0001 9567 6122 containing $440 in cash;

Certified Mail #7008 2810 0001 7199 6526 containing $381 in cash;

Certified Mail #7008 2810 0001 7199 6588 containing $300 in cash;

Express Mail #EB825346398US
containing a total of $10,000 in cash;

First Class Mail from 1908 River Bluff Dr.,
Brandon, SD 57005 to Redfield, SD 57469
containing a $515 check;

First Class Mail from 1908 River Bluff Dr.,
Brandon, SD 57005 to Sioux Falls, SD 57110
containing a $720 check;

First Class Mail from 1908 River Bluff Dr.,
Brandon, SD 57005 to Sioux Falls, SD 57106
containing $58 in cash;

First Class Mail from 1908 River Bluff Dr.,
Brandon, SD 57005 to Okoboji, IA 51355
containing $270 in cash;

First Class Mail from 1908 River Bluff Dr.,
Brandon, SD 57005 to Hartington, NE 68739
containing $120 in cash;

First Class Mail from 1908 River Bluff Dr.,
Brandon, SD 57005 to Pierre, SD 57501
containing $23 in cash;

First Class Mail from 1908 River Bluff Dr.,
Brandon, SD 57005 to Brookings, SD 57006
containing $190 in cash;

First Class Mail from 1908 River Bluff Dr.,
Brandon, SD 57005 to Hartington, NE 68739
containing $90 in cash;

First Class Mail from 1908 River Bluff Dr.,
Brandon, SD 57005 to Hartington, NE 68739
containing $50 in cash;

First Class Mail from 1908 River Bluff Dr.,
Brandon, SD 57005 to Luverne, MN 56156
containing $3 in cash;

First Class Mail from 1908 River Bluff Dr., Brandon, SD 57005 to Edgerton, MN containing $400 in cash;

First Class Mail from 1908 River Bluff Dr., Brandon, SD 57005 to Luverne, MN 56156 containing $200 in cash;

First Class Mail from 1908 River Bluff Dr., Brandon, SD 57005 to Mason City, IA 50401 containing $45 in cash;

First Class Mail from 1908 River Bluff Dr., Brandon, SD 57005 to Waterloo, IA 50703 containing a $965 check;

First Class Mail from 1908 River Bluff Dr. Brandon, SD 57005 to Chandler, AZ 85248 containing a $4,325 check;

First Class Mail from 1908 River Bluff Dr., Brandon, SD 57005 to Yankton, SD 57078 containing a $545 check;

First Class Mail from 1908 River Bluff Dr., Brandon, SD 57005 to Redfield, SD 57469 containing a $955 check and a $1,430 check;

First Class Mail from 1908 River Bluff Dr., Brandon, SD 57005 to Sioux Falls, SD 57108 containing $55 in cash;

First Class Mail from 1908 River Bluff Dr., Brandon, SD 57005 to Pierre, SD 57501 containing $50 in cash;

First Class Mail from 1908 River Bluff Dr., Brandon, SD 57005 to Rock Rapids, IA 51246 containing $48 in cash;

First Class Mail from 1908 River Bluff Dr., Brandon, SD 57005 to Rock Rapids, IA 51246 containing $15 in cash;

$368,109 in cash;

A $530 U.S. Postal money order;

Express Mail #EH472668285US
containing $12,360 in cash;

Priority Mail #0308 0730 0000 1723 0554
containing $2,300 in cash;

Certified Mail #7008 0150 0002 6216 8543
containing $950 in cash;

Certified Mail #7008 0500 0000 9969 4148
containing $1,610 in cash;

First Class Mail from Sioux Falls, SD 57106
to Mike Reisch,
containing $55 in cash;

First Class Mail from Fargo, ND 58102
to LSS
containing a $115 check;

First Class Mail from Aberdeen, SD 57401
to Mike Reisch,
containing $115 in cash;

First Class Mail from Benson, MN 56215
to LSS
containing $5 in cash;

First Class Mail from Luverne, MN 56156
to L.S.S.,
containing $70 in cash;

First Class Mail from Fargo, ND 58103
to LSS
containing a total of $55 in checks;

First Class Mail from Elysian, MN 56028
to Mike or Chris Reisch
containing a $100 check;

First Class Mail from Sioux Falls, SD 57107
to Mike Reisch,
containing a $460 check;

First Class Mail from Fort Pierre, SD 57532
to 1908 River Bluff Dr., Brandon, SD 57005,
containing $160 in cash;

First Class Mail from Hendrick, MN 56134
to L.S.S.
containing $360 in cash;

3 one-ounce Gold Eagle coins;

1 one-ounce gold maple leaf coin;

1 #5 1901 gold piece;

1 1/10th of an ounce Gold Eagle coin.

       Defendants.

COMES NOW Claimant Kathryn Reisch, by and through her attorneys, Michael J. Butler and Clint Sargent, and for her Answer to Plaintiff's Complaint states and alleges as follows:

1.      Claimant denies each and every allegation of Plaintiff's Complaint except those specifically admitted herein.

2.      With respect to Paragraphs 1 and 2, the statutory provisions speak for themselves and to the extent an answer is required, the remaining allegations are denied.

3.      With respect to Paragraph 3, it is admitted.

4.      With respect to Paragraph 4, Claimant admits that the property listed has not been seized. Claimant is without sufficient knowledge to answer the remaining

6

allegations and therefore remits Plaintiff to the strict proof thereof.

5.      With respect to Paragraph 5, Claimant admits the property listed in Paragraph 5 is the defendant property in this in rem action.  Claimant is without sufficient knowledge to answer the remaining allegations and therefore remits Plaintiff to the strict proof thereof.

6.      With respect to Paragraph 6, Claimant admits that the defendants-in-rem listed in the cited subparagraphs were seized.  Claimant is without sufficient knowledge to answer the remaining allegations and therefore remits Plaintiff to the strict proof thereof.

7.      With respect to Paragraphs 7 and 8, Claimant is without sufficient knowledge to answer the allegations and therefore remits Plaintiff to the strict proof thereof.

8.      With respect to Paragraphs 9, 10 and 11, Claimant admits that jurisdiction and venue with this Court are proper.

9.      With respect to Paragraphs 12 through 16, the statutory provisions speak for themselves and to the extent an answer is required, the remaining allegations are denied.

10.     With respect to Paragraphs 17 through 95, they are denied.

WHEREFORE Claimant Kathryn Reisch prays for relief as follows:

1.      That Plaintiff's complaint be dismissed;

2.      That a judgment of forfeiture against the defendants-in-rem be denied; and

3.      That the Court award Claimant his disbursements and such other as the Court may deem just and equitable.

Dated this 3rd day of September 2009.

/s/Michael J. Butler
Michael J. Butler, Esq.
Butler Law Office
100 S. Spring, Ste. 210
Sioux Falls, SD 57104
(605) 331-4774
*mike.butlerlaw@midconetwork.com*

Clint Sargent
Meierhenry Sargent LLP
315 South Phillips Avenue
Sioux Falls, SD  57104-6318
(605) 336-3075
*clint@meierhenrylaw.com*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following this 3rd day of September 2009.

***Via Electronic Filing:***


Stephanie Bengford
U.S. Attorney's Office
PO Box 2638
Sioux Falls, SD 57101

<u>/s/Michael J. Butler</u>
Michael J. Butler, Esq.
